■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHANIEL ELLERBE, Appellant.— Order of the Supreme Court, Kings County, entered March 24, 1971, denying *coram nobis* relief, affirmed. No opinion. Appeal from an order of the Supreme Court, Kings County, entered June 30, 1971, denying defendant's motion for resentencing, dismissed. An order denying such a motion is not appealable. However, if this appeal were properly before us, we would affirm the order. Hopkins, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH LANDIN, JR., Appellant.— Judgment of the County Court, Suffolk County, rendered March 3, 1965, affirmed (see *People* v. *Landin,* 31 A D 2d 944). Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUPERT LAYNE, Appellant.— Judgment of the Supreme Court, Kings County, rendered February 4, 1971, affirmed. No opinion. The case is remitted to the Supreme Court, Kings County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Munder, Acting P. J., Latham, Gulotta, Christ and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT TOWNSEND, Appellant.— By a prior order of this court on this appeal from a judgment of the County Court, Nassau County, rendered February 2, 1971, the action was remitted to said court for a hearing and the appeal was held in abeyance in the interim (*People* v. *Townsend,* 38 A D 2d 569). The hearing has been held and a determination has been made thereon adversely to appellant. Judgment affirmed. No opinion. Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.